Opinion issued December 17, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00361-CV






PRACTICE CONSULTANTS, INC., Appellant


V.


BRAVO DENTAL CLINICS, P.A., Appellee






On Appeal from the 61st District Court

Harris County, Texas

Trial Court Cause No. 2005-16065






MEMORANDUM OPINION Appellant, PRACTICE CONSULTANTS, INC., has failed to timely file a brief. 
See Tex. R. App. P. 38.8(a) (failure of appellant to file brief). After being notified
that this appeal was subject to dismissal, appellant did not adequately respond. See
Tex. R. App. P. 42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Keyes, Alcala, and Hanks.